```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

RUTH HILL                                              PLAINTIFF

        v.            Civil No. 06-5074

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                         DEFENDANT

# O R D E R

On this 18th day of July 2007, the Court has before it for consideration plaintiff's **Motion for Attorney's Fees (Doc. 15)** under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. In a Report and Recommendation (Doc. 18) dated May 1, 2007, the Honorable James R. Marschewski, United States Magistrate Judge, recommended granting the motion in part. No objections to the Report and Recommendation have been filed.

Upon due consideration, the Court finds that the Magistrate Judge's recommendations should be adopted *in toto* and hereby grants plaintiff's motion to the extent that plaintiff's attorney is awarded fees and costs in the amount of $2,914.47, representing 19.17 hours of work at a rate of $150.00 per hour and $38.97 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

---

1. Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.

The parties are reminded that the award herein under th EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406, in order to prevent double recovery by counsel for the plaintiff.

IT IS SO ORDERED.

                                        /S/JIMM LARRY HENDREN
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE